UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT ROBINSON,

    Petitioner,

v.

HORVATH,

    Respondent.

No. 2:16-cv-1014 CKD P

ORDER and FINDINGS AND RECOMMENDATIONS

    Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the filing fee. Generally speaking a writ of habeas corpus can only be entertained if a prisoner alleges he is in custody in violation of federal law. 28 U.S.C. § 2254(a). Petitioner makes no such allegation. He does not even allege he is in any form of custody.

    Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

    IT IS HEREBY RECOMMENDED that:

    1. Petitioner's petition for writ of habeas corpus be summarily dismissed; and

    2. This case be closed.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written

objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
robi1014.dis